IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT CHARLES JACKSON,** | § | |
| **ID # 1686823**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:13-CV-2982-L** |
| | § | |
| **WILLIAM STEPHENS, Director**, | § | |
| **Texas Department of Criminal** | § | |
| **Justice, Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER</u>

Before the court is Petitioner's Request for Above Pending Case to be Held in Abeyance (Doc. 21), filed March 27, 2014. On April 10, 2014, Magistrate Irma Carrillo Ramirez entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the motion be denied. On May 1, 2014, the court received Petitioner's objections to the Report. After reviewing the motion, pleadings, file, Report, objections, and record in this case, the court determines that the findings and recommendations of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Petitioner's objections and **denies** Petitioner's Request for Above Pending Case to be Held in Abeyance (Doc. 21).

**It is so ordered** this 1st day of May, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order - Solo Page**